**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**     CASE NO: 10-13352

Debtor __Ronald Griffin__ SS#XXX-XX- __6274__ Current Monthly Income $ __3,480.18__

Jt. Debtor __Rachel Griffin__ SS#XXX-XX- __7061__ Current Monthly Income $ __1,381.81__

Address __3272 Chateau Circle S.: Southaven, MS 38672__ No. of Dependents __0__
Telephone No. _____ TAX REFUNDS AND EIC FOR DISTRIBUTION: __0__

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. All secured / priority debts are provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed or the recipient of government benefits.

(A)    Debtor shall pay $ __280.50__ per (monthly / semi-monthly / weekly / **bi-weekly**) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @:
**Autozone**
**123 Front St.**
**Memphis, TN 38101**

(B)    Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly /bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $_____ @$_____ /mo

State Tax Commission $_____ @$_____ /mo     Other $_____ @$_____ /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** _____

beginning _____ in the amount of $_____ per month shall be paid:

_____ direct _____ through payroll deduction _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** _____

in the amount of $_____ shall be paid $_____ per month:

_____ through payroll deduction _____ through the plan.

**HOME MORTGAGE (S) – Payments applied pursuant to 11 U.S.C. §524(i) and per Standing Order**

MTG PMTS TO: __BAC Home Loans__ BEGINNING __08/10__ @$ __1,890.00__ ( ) PLAN (X) DIRECT

MTG PMTS TO: _____ BEGINNING _____ @$_____ ( ) PLAN ( ) DIRECT

MTG PMTS TO: _____ BEGINNING _____ @$_____ ( ) PLAN ( ) DIRECT

MTG ARREARS TO: _____ THROUGH _____ $_____ @$_____ /MO

MTG ARREARS TO: _____ THROUGH _____ $_____ @$_____ /MO

Debtor's Initials _____    Joint Debtor's Intials _____    CHAPTER 13 PLAN, PAGE 1 OF 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | *Int. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| AmeriCredit | 06 Chevy Impala | $11,145.96 | $11,525.00 | 7.0 % | $13,242.20 | $220.70 |
| GMAC | 04 Ford F-150 | $7,364.40 | $5,300.00 | 7.0 % | $8,746.44 | $145.82 |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |

**\*PAY CONTRACT RATE OR NO MORE THAN 7%.**

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Guitar Center | Electric Guitar and Amp | $957.02 | Grandson Pay Outside Plan |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**UNSECURED DEBTS** totaling approximately $**34,834.32** are to be paid _____ IN FULL * PERCENT MINIMUM **Only to Creditors** that file **TIMELY** claims, that are not disallowed, in deferred payments.

*Pay a total of **$8,708.58** or **$145.14** per month to unsecured claims which equals approximately **25** % to timely filed, allowed claims

Total Attorney Fees Charged $ **2,800.00**      Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Attorney Fees Previously Paid $ **2.00**

Attorney fees to be paid through the plan $ **2,798.00**

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone #/Email)
**MITCHELL, CUNNINGHAM & FAVA**
**WILLIAM L. FAVA**
**P.O. BOX 783**
**SOUTHAVEN, MS  38671**
**Telephone 662-536-1116**

Telephone/Fax_____

DATE: **July 12, 2010**         DEBTOR'S SIGNATURE  _/s/ Ronald_

JOINT DEBTOR'S SIGNATURE _/s/ Rachel_

ATTORNEY SIGNATURE _/s/_

CHAPTER 13 PLAN CONTINUATION SHEET            CHAPTER 13 PLAN, PAGE 2 OF 2